Hon. Barbara J. Rothstein
Without Oral Argument

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

DAVID WILNER, an individual

    Plaintiff,

v.

OKTA, INC., a Delaware corporation,
TODD MCKINNON, an individual,

    Defendants.

No. 2:22-cv-00169-BJR

STIPULATED MOTION AND ORDER EXTENDING DEADLINE TO FILE AMENDED PLEADINGS

## I. RELIEF REQUESTED

The parties jointly request an order extending the deadline to file amended pleadings. The deadline is currently set for May 23, 2022. (Dkt. # 13). The parties respectfully request that the Court extend that deadline to July 5, 2022, without adjusting any other deadlines on the case schedule.

## II. STATEMENT OF FACTS

The parties have worked collaboratively to reach agreement on deposition scheduling. As a result, Plaintiff has moved certain depositions to dates that fall after the present deadline to amend pleadings to accommodate attorney and witness schedules.

The parties do not anticipate any prejudice from extending the deadline for amending pleadings, nor do the parties anticipate that extending this deadline will impact any other deadlines in the case.

STIPULATED MOTION AND ORDER EXTENDING DEADLINE TO FILE AMENDED PLEADINGS (2:22-cv-00169-BJR) – Page 1

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

## III. DISCUSSION

By extending the May 23, 2022, deadline for amending pleadings (Dkt. # 13) to July 5, 2022, the parties are able to accommodate attorney and witness schedules without the risk that such delays could potentially prejudice the parties' ability to timely comply with the Court's deadlines. Therefore, pursuant to Fed. R. Civ. P. 16(b)(4), good cause exists for the Court to extend the current deadline on the case schedule for filing amended pleadings.

## IV. CONCLUSION

Based on the foregoing, the parties respectfully request that the Court enter an order extending the current deadline to file amended pleadings from May 23, 2022 to July 5, 2022.

DATED this 20th day of May, 2022.

| McNAUL EBEL NAWROT & HELGREN PLLC | K&L GATES LLP |
|---|---|
| By: s/ *Daniel M. Weiskopf*<br>Daniel M. Weiskopf, WSBA No. 44941<br>By: s/ *Claire Martirosian*<br>Claire Martirosian, WSBA No. 49528<br>600 University Street, Suite 2700<br>Seattle, Washington 98101<br>Tel:   (206) 467-1816<br>Fax:  (206) 624-5128<br>Email: dweiskopf@mcnaul.com<br>         cmartirosian@mcnaul.com<br><br>*Attorneys for Plaintiff David Wilner* | By: s/ *Mark S. Filipini*<br>Mark S. Filipini, WSBA #32501<br>By: s/ *Michael W. Meredith*<br>Michael W. Meredith, WSBA #45264<br>By: s/ *Ruby A. Nagamine*<br>Ruby A. Nagamine, WSBA #55620<br>925 Fourth Ave., Suite 2900<br>Seattle, WA 98104-1158<br>Telephone:  (206) 623-7580<br>Email:  mark.filipini@klgates.com<br>          michael.meredith@klgates.com<br>          ruby.nagamine@klgates.com<br><br>*Attorneys for Defendants Okta, Inc., and Todd McKinnon* |

STIPULATED MOTION AND ORDER EXTENDING DEADLINE TO FILE AMENDED PLEADINGS (2:22-cv-00169-BJR) – Page 2

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

## I. ORDER

The Court, having reviewed the foregoing stipulated motion of the parties, HEREBY ORDERS, ADJUDGES, AND DECREES that the deadline to file amended pleadings is extended from May 23, 2022 to July 5, 2022.

IT IS SO ORDERED.
DATED this 27th day of May, 2022.

_____
BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER EXTENDING DEADLINE TO FILE AMENDED PLEADINGS (2:22-cv-00169-BJR) – Page 3

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816